UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TAYLOR CHRISTOPHER MILES,

    Plaintiff,

v.

PIERCE COUNTY JAIL, et al.,

    Defendants.

Case No. 3:22-cv-5247-RJB-TLF

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) the Court adopts the Report and Recommendation;

(2) plaintiff's motion for default judgment (Dkt. 19) is DENIED;

(3) defendants' motion to dismiss (Dkt. 17) is GRANTED;

(4) if plaintiff fails to file an amended complaint within 21 days, then without any further order of the Court, plaintiff's complaint will be dismissed without prejudice;

(5) plaintiff shall have 21 days from the date of this Order to file a proposed amended complaint subject to the Court's review;

(6) This case is re-referred to the Hon. Theresa L. Fricke; and

(7)   the Clerk is directed to send a copy of this Order to the parties in this action.

Dated this 9th day of February, 2023.

_____
ROBERT J. BRYAN
United States District Judge