UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TAYLOR CHRISTOPHER MILES,<br><br>    Plaintiff,<br><br>v.<br><br>PIERCE COUNTY JAIL,<br><br>    Defendants. | Case No. 3:22-cv-5247-RJB-TLF<br><br>ORDER ADOPTING REPORT AND RECOMMEDATION AND DISMISSING PLAINTIFF'S COMPLAINT |

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, objections to the report and recommendation, no objections having been filed, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation (Dkt. 32);

(2) Defendants' motion to dismiss is GRANTED; and

(3) Plaintiff's complaint is dismissed with prejudice.

Dated this 16th day of May, 2023.

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMEDATION AND DISMISSING PLAINTIFF'S
COMPLAINT - 1